**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY ANTHONY MORROW,<br><br>          Plaintiff,<br><br>v.<br><br>TARGET DEPT. STORES,<br><br>          Defendant. | 2:11-CV-785 JCM (CWH) |

### ORDER

Presently before the court is plaintiff Troy Anthony Morrow's motion seeking an extension of time in which to file his amended complaint. Doc. #5. Mr. Morrow's original complaint was dismissed by the court on May 29, 2012. Doc. #3. The order granted Mr. Morrow 30 days in which to file an amended complaint that comported with the court's discussion of Mr. Morrow's claims.

Good cause appearing, the court grants Mr. Morrow's request. He shall have until July 25, 2012, in which to file an amended complaint.

IT IS SO ORDERED.

DATED June 28, 2012.

_____
UNITED STATES DISTRICT JUDGE